PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>            vs.            )<br>)<br>**ROYCE GRENNARD EDWARDS JR.** )<br>) | **Docket Number:  1:03CR05028-01 OWW** |

On December 2, 2005, the above-named was placed on supervised release (TSR) for a period of 3 years after being convicted of Possession of Stolen Mail and Possession of 15 or More Unauthorized Access Devices.  The offender was sentenced to 30 months custody of the Bureau of Prisons (BOP).  On December 2, 2005, the offender was released on TSR and has been supervised by the Fresno Office since that time.  While on supervised release, the offender has complied with the rules and regulations of supervision.  He satisfied his $200 special assessment, maintained full-time employment, as well as successfully completing his drug aftercare requirements.  Further, he satisfied his $275.50 restitution obligation.  Therefore, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:       December 3, 2007
               Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re: ROYCE GRENNARD EDWARDS JR.**
**Docket Number: 1:03CR05028-01 OWW**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   December 11, 2007**                             **/s/ Oliver W. Wanger**
                                                                            UNITED STATES DISTRICT JUDGE